# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3022

_____

SUSAN FLEISCHER,

Appellant,

v.

NORTHEAST FLORIDA STATE
HOSPITAL,

Appellee.

_____

On appeal from an order of the Division of Administrative
Hearings.
E. Gary Early, Judge.

August 22, 2018

PER CURIAM.

DISMISSED. *Archer v. Adm'r, Fla. State Hosp.*, 622 So. 2d 107
(Fla. 1st DCA 1993).

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and George H. Nelson, Assistant Public Defender, Macclenny, for Appellant.

No appearance for Appellee.